AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

## For The District of Columbia

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL COMPLAINT** |
| V. | |
| **FRANK ROBINSON**<br>DOB: xx/xx/59<br>PDID: xxx-389 | CASE NUMBER: |

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about  5/15/06  in the District of   Columbia   defendant(s), (Track Statutory Language of Offense),

being a public official, did directly and indirectly, corruptly demand, seek, receive, accept, and agree to receive and accept things of value, to wit, United States currency, in return for him (a) being influenced in the performance of his official duties and (b) being induced to do and omit to do acts in violation of his official duties

in violation of Title 18 United States Code, Section 201(b)(2)(A) and (C).

I further state that I am   Jared Wise, Special Agent with the Federal Bureau of Investigation,  and that this complaint is based on the following facts:

**See Attached Affidavit**

Continued on the attached sheet and made a part hereof:    ☒ Yes    ☐ No

Signature of Complainant

AUSA, David C. Woll, Jr.   (202) 514-4250          Jared Wise, Special Agent
Sworn to before me and subscribed in my presence,    Federal Bureau of Investigation

_____          at    Washington, D.C._____
Date                                            City and State

_____        _____
Name & Title of Judicial Officer                  Signature of Judicial Officer