AO442(Rev. 12/85) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

V.

FRANK ROBINSON

**FILED**
MAY 23 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**WARRANT FOR ARREST**

CASE NUMBER: 06-235 M-01

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ___Frank Robinson___
                                           Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment   ☐ Information   ☒ Complaint   ☐ Order of Court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense)

being a public official, did directly and indirectly, corruptly demand, seek, receive, accept, and agree to receive and accept things of value, to wit, United States currency, in return for him (a) being influenced in the performance of his official duties and (b) being induced to do and omit to do acts in violation of his official duties

in violation of Title __18__ United States Code, Section(s) __§ 201(b)(2)(A) & (C)__

ALAN KAY
U.S. MAGISTRATE JUDGE
Name of Issuing Officer

[signature]
Signature of Issuing Officer

Title of Issuing Officer
MAY 19 2006
Date and Location

Bail fixed at $ _____   by _____
                                    Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 5-23-06 | Deputy U.S. Marshal | Richard W. Lenhardt |
| DATE OF ARREST | | |
| 5-23-06 | | |